**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MARC REMY, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:04-CV-3171-JOF |
| WAL-MART CORP., doing business as : | |
| SAM'S CLUB, : | |
|     Defendants. : | |

**ORDER**

Marc Remy presently has pending one discrimination case against Wal-Mart Corp. By letter, he has notified the Clerk of Court that he wishes to voluntarily dismiss his action because his attorney has withdrawn from the case. He also asks if he could represent himself in a lower court. Mr. Remy may, of course, represent himself in this court. There is no lower court to which his case might be assigned. The Clerk of Court is DIRECTED to enter a voluntary dismissal of Mr. Remy's case in thirty (30) days unless Mr. Remy notifies this court of his desire to continue the case here while representing himself.

**IT IS SO ORDERED** this 28th day of June 2005.

                                              s/ J. Owen Forrester
                                              J. OWEN FORRESTER
                                SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)